IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* <br> FRED MAXEY CLONINGER, <br><br> Plaintiff, <br><br> v. <br><br> DYNCORP INTERNATIONAL INC., *et al.*, <br><br> Defendants. | Case No. 1:14-cv-00581 (RJL) <br><br> **<u>FILED UNDER SEAL</u>** |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States" or "Government") respectfully notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States respectfully requests that the Court solicit the written consent of the United States before approving any request or proposal by Relator or Defendants to dismiss, settle, or otherwise discontinue this action.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all papers filed in this action – including, but not limited to, any notices of appeal – be served upon the United States and that the Court send copies of all orders to Government counsel. The

United States reserves its right to order any deposition transcripts and to intervene in this action for good cause at a later date.

Finally, the Government respectfully requests that this action, Relator's Amended Complaint, this Notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided to the Court alone for the purpose of evaluating whether to extend the seal and the Government's deadline for intervention.

A proposed Order accompanies this Notice.

                                          Respectfully submitted,

                                          BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney General,
                                          Civil Division

                                          CHANNING D. PHILLIPS
                                          United States Attorney for the District of Columbia

                                          DANIEL F. VAN HORN, D.C. BAR # 924092
                                          Civil Chief

                                          _____
                                          JENNIFER A. SHORT, D.C. Bar # 456884
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 Fourth Street, NW
                                          Washington, D.C.  20530
                                          Telephone: (202) 252-2529

                                          MICHAEL D. GRANSTON
                                          MICHAL TINGLE
                                          ERIC SCHMELZER
                                          Attorneys, Civil Division
                                          United States Department of Justice
                                          Post Office Box 261
                                          Washington, D.C.  20044
                                          Telephone: (202) 514-4397

August 15, 2016                            Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2016, I caused the foregoing **United States' Notice of Election to Decline Intervention** to be served via first-class mail, postage pre-paid, on the following:

Colette G. Matzzie (DC Bar No. 451230)
PHILLIPS & COHEN LLP
2000 Massachusetts Ave., NW
Washington, DC. 20036
Telephone: (202) 833-4567
Email: cmatzzie@phillipsandcohen.com

Larry P. Zoglin (DC Bar No. 298620)
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Telephone: (415) 836-9000
Email: lpz@pcsf.com

Avi Kumin (DC Bar No. 475761)
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W., 6th Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Email: kumin@kmblegal.com

*Attorneys for Plaintiff-Relator Fred Maxey Cloninger*

Because this action is under seal pursuant to 31 U.S.C. § 3730, the Defendants have not been served with copies of the foregoing Notice.

_____
JENNIFER A. SHORT
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRED MAXEY CLONINGER, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 1:14-cv-00581 (RJL) |
| DYNCORP INTERNATIONAL INC., *et al.*, | )<br>) **FILED UNDER SEAL** |
| Defendants. | )<br>)<br>) |

### [PROPOSED] ORDER

Having received Notice of the United States' election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that

1. the Amended Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator shall serve upon the defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States;

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of _____, 2016.

_____
HON. RICHARD J. LEON
United States District Judge

**To the Clerk: Please send copies of the foregoing Order to:**

Jennifer A. Short
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
jennifer.short@usdoj.gov

Eric Schmelzer
Attorney, Civil Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 261
Washington, D.C. 20044

Colette G. Matzzie (DC Bar No. 451230)
PHILLIPS & COHEN LLP
2000 Massachusetts Ave., NW
Washington, DC. 20036
Telephone: (202) 833-4567
Email: cmatzzie@phillipsandcohen.com

Larry P. Zoglin (DC Bar No. 298620)
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Telephone: (415) 836-9000
Email: lpz@pcsf.com

Avi Kumin (DC Bar No. 475761)
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W., 6th Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Email: kumin@kmblegal.com