IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 22 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA *ex rel.*
FRED MAXEY CLONINGER,

Plaintiff,

v.

DYNCORP INTERNATIONAL INC., *et al.*,

Defendants.

Case No. 1:14-cv-00581 (RJL)

**FILED UNDER SEAL**

**ORDER**

Having received Notice of the United States' election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that

1. the Amended Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator shall serve upon the defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States;

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this 20th day of Aug, 2016.

HON. RICHARD J. LEON
United States District Judge

**To the Clerk: Please send copies of the foregoing Order to:**

Jennifer A. Short
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
jennifer.short@usdoj.gov

Eric Schmelzer
Attorney, Civil Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 261
Washington, D.C. 20044

Colette G. Matzzie (DC Bar No. 451230)
PHILLIPS & COHEN LLP
2000 Massachusetts Ave., NW
Washington, DC. 20036
Telephone: (202) 833-4567
Email: cmatzzie@phillipsandcohen.com

Larry P. Zoglin (DC Bar No. 298620)
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Telephone: (415) 836-9000
Email: lpz@pcsf.com

Avi Kumin (DC Bar No. 475761)
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W., 6th Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Email: kumin@kmblegal.com