UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ex rel.
FRED MAXEY CLONINGER,

      Plaintiffs,

v.

                                    Civil Case No. 14-581 (RJL)

DYNCORP INTERNATIONAL INC.;
DYNCORP INTERNATIONAL LLC;
DELTA TUCKER HOLDINGS, INC.; and
NORTHROP GRUMMAN CORPORATION

      Defendants.



**FILED**

JAN – 9 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## SCHEDULING ORDER

Upon consideration of the Joint Local Civil Rule 16.3 Report submitted by the parties and, having conducted a hearing on January 2, 2018, the Court **HEREBY ADOPTS** the pretrial schedule proposed by the parties, and

**IT IS HEREBY ORDERED THAT**

1.      Fact discovery shall open on **December 4, 2017**.

2.      Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by **December 15, 2017.**

3.      Each party will be allowed to serve up to 25 interrogatories on another party (which would result in each party being allowed to serve up to 50 interrogatories). For purposes of this paragraph, Defendants DynCorp International Inc., DynCorp International LLC, and Delta Tucker Holdings, Inc. shall be treated as a single party.

4.      Each side (i.e., defendants collectively on the one hand, and Relator on the other) shall be permitted 12 depositions, excluding expert depositions, provided that if a defendant cross-notices a deposition noticed by another defendant, the deposition shall count as only one of the allowed 12.  Either side may, for good cause, seek leave of this Court to increase the number of depositions permitted, up to a maximum of 15 depositions per side in total.

5.      Relator shall seek to add additional parties to this action, or dismiss existing parties from this action, by **May 11, 2018**.

6.      Fact discovery shall close on **November 16, 2018**.

7.      Relator's initial expert reports shall be served by **January 18, 2019**.

8.      Defendants' expert reports shall be served by **March 22, 2019**.

9.      Relator's rebuttal expert reports shall be served by **April 26, 2019**.

10.     Expert discovery shall close on **June 14, 2019**.

11.     Any motions for full or partial summary judgment shall be filed by **September 13, 2019**.

12.     Any oppositions to such summary judgment motions shall be filed by **November 15, 2019**.

13.     Any replies in support of such summary judgment motions shall be filed by **December 20, 2019**.

**SO ORDERED.**

Dated: 1/8/18

HON. RICHARD J. LEON
United States District Court