**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel*. **FRED MAXEY CLONINGER,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:14-cv-00581 (RJL)** |
| **DYNCORP INTERNATIONAL INC.,** *et al*., | |
| **Defendants.** | |

## DEFENDANT NORTHROP GRUMMAN CORPORATION'S ANSWER TO RELATOR'S SECOND AMENDED COMPLAINT

Anne B. Perry (D.C. Bar No. 447930)
Jonathan S. Aronie (D.C. Bar No. 443151)
Ryan E. Roberts (D.C. Bar No. 1002825)
SHEPPARD MULLIN RICHTER & HAMPTON
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006-6081
Tel. (202) 747-1900
Fax (202) 747-1901
aperry@sheppardmullin.com
jaronie@sheppardmullin.com
reroberts@sheppardmullin.com

Jamie S. Gorelick (D.C. Bar No. 913384)
Madhu Chugh (D.C. Bar No. 992122)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel. (202) 663-6000
Fax (202) 663-6363
Jamie.Gorelick@wilmerhale.com
Madhu.Chugh@wilmerhale.com

*Attorneys for Northrop Grumman Corporation*

Defendants Northrop Grumman Corporation, Northrop Technical Services, Inc., and Northrop Grumman Systems Corporation (collectively referred to herein as "Northrop Grumman"), by and through undersigned counsel, hereby states as follows for its Answer to the relator Fred Maxey Cloninger's ("Relator") Second Amended Complaint:

The statements in the first unnumbered paragraph immediately preceding Paragraph 1 constitute Relator's characterization of his case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

1.      Northrop Grumman denies that it has violated the False Claims Act ("FCA") or that it tortiously interfered with Relator's contract. Further responding, Paragraph 1 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 1 of the Second Amended Complaint contains averments, they are denied.

2.      Northrop Grumman admits the allegation in the first sentence of Paragraph 2 of the Second Amended Complaint that Northrop Grumman's TASC division entered into a contract with the United States Government to provide effort related to the United States Counter Narcoterrorism Technology Program Office ("CNTPO") (the "CNTPO Contract"), but denies the remaining allegations in the first sentence of Paragraph 2 of the Second Amended Complaint. Northrop Grumman further responds that the first sentence of Paragraph 2 of the Second Amended Complaint describes a document that provides the best evidence of its contents and denies any allegation that is inconsistent with the contents of the document. Northrop Grumman admits that a subsidiary of Northrop Grumman contracted with DynCorp to provide effort under certain task orders issued under the CNTPO Contract, but denies the remaining allegations in the second sentence in Paragraph 2 of the Second Amended Complaint.

3.       Paragraph 3 of the Second Amended Complaint describes a document that provides the best evidence of its contents and Northrop Grumman denies any allegation that is inconsistent with the contents of the document. The first sentence of Paragraph 3 of the Second Amended Complaint also states legal conclusions to which no response is required. To the extent the first sentence of Paragraph 3 of the Second Amended Complaint contains averments, they are denied. Northrop Grumman admits the allegation in the second sentence of Paragraph 3 of the Second Amended Complaint that DynCorp had responsibilities with regard to the management of certain property under particular task orders issued under the CNTPO Contract, but denies the remaining allegations in the second sentence of Paragraph 3.

4.       Northrop Grumman denies the allegations in Paragraph 4 of the Second Amended Complaint.

5.       Northrop Grumman denies the allegations in Paragraph 5 of the Second Amended Complaint.

6.       Northrop Grumman denies the allegations in Paragraph 6 of the Second Amended Complaint.

7.       Northrop Grumman denies the allegations in Paragraph 7 of the Second Amended Complaint.

8.       Northrop Grumman denies the allegations in Paragraph 8 of the Second Amended Complaint.

9.       Northrop Grumman denies the allegations in Paragraph 9 of the Second Amended Complaint.

10.       Northrop Grumman denies the allegations in Paragraph 10 of the Second Amended Complaint.

11.     Paragraph 11 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 11 of the Second Amended Complaint contains averments, they are denied.

12.     Paragraph 12 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 12 of the Second Amended Complaint contains averments, they are denied.

13.     Paragraph 13 of the Second Amended Complaint states a legal conclusion, to which no response is required. To the extent Paragraph 13 of the Second Amended Complaint contains averments, they are denied.

14.     Paragraph 14 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 14 of the Second Amended Complaint contains averments, they are denied.

15.     Paragraph 15 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 15 of the Second Amended Complaint contains averments, they are denied.

16.     Paragraph 16 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 16 of the Second Amended Complaint contains averments, they are denied.

17.     Paragraph 17 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 17 of the Second Amended Complaint contains averments, they are denied.

18.     Paragraph 18 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 18 of the Second Amended Complaint contains averments, they are denied.

19.     Paragraph 19 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 19 of the Second Amended Complaint contains averments, they are denied.

20.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, second, third, fourth, and fifth sentences of Paragraph 20 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the sixth sentence of Paragraph 20 of the Second Amended Complaint.

21.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 21 of the Second Amended Complaint and, accordingly, denies the allegations.

22.     Paragraph 22 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 22 of the Second Amended Complaint contains averments, they are denied.

23.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 23 of the Second Amended Complaint and, accordingly, denies the allegations.

24.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 24 of the Second Amended Complaint and, accordingly, denies the allegations.

25.     Northrop Grumman admits the allegations in Paragraph 25 of the Second Amended Complaint that Northrop Grumman Corporation is a Delaware corporation, with a headquarters in Falls Church, Virginia and that Northrop Grumman Corporation is a global aerospace and defense technology company.

26.     Northrop Grumman admits the allegations in the first sentence of Paragraph 26 of the Second Amended Complaint. As to the second sentence of Paragraph 26 of the Second Amended Complaint, Northrop Grumman states that Northrop Grumman Space & Mission Systems Corp. and Northrop Grumman Information Technology, Inc. merged into Northrop Grumman Systems Corporation, effective December 31, 2009. Northrop Grumman denies the remaining allegations in the second sentence of Paragraph 26. Northrop Grumman admits the allegation in the first part of the third sentence of Paragraph 26 that the CNTPO Contract was initially awarded to a subsidiary of Northrop Grumman Information Technology, Inc., and avers this subsidiary was TASC, Inc. Northrop Grumman admits the allegation in the second part of the third sentence of Paragraph 26 that the CNTPO contract was novated to Northrop Grumman Space & Mission Systems Corp. Northrop Grumman admits the allegations in the fourth sentence of Paragraph 26 of the Second Amended Complaint.

27.     Northrop Grumman admits the allegations in the first sentence of Paragraph 27 of the Second Amended Complaint.  Northrop Grumman admits that Northrop Grumman Technical Services, Inc. was a wholly-owned subsidiary of Northrop Grumman Systems Corporation when the CNTPO Contract was performed.

28.     Paragraph 28 of the Second Amended Complaint contains no factual allegations, so no response is required.  Northrop Grumman objects, however, that by exclusively using the

collective term "Northrop Grumman" or "Northrop," the Second Amended Complaint improperly fails to identify what role the separate entities played in the alleged fraud.

29.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 29 of the Second Amended Complaint and, accordingly, denies the allegations.

30.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 30 of the Second Amended Complaint and, accordingly, denies the allegations.

31.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 31 of the Second Amended Complaint and, accordingly, denies the allegations.

32.     Paragraph 32 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 32 of the Second Amended Complaint contains averments, they are denied.

33.     The first and second sentences of Paragraph 33 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the first and second sentences of Paragraph 33 of the Second Amended Complaint contain averments, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third sentence of Paragraph 33 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the fourth sentence of Paragraph 33 of the Second Amended Complaint.

34.     Paragraph 34 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 34 of the Second Amended Complaint

contains averments, Northrop Grumman admits that it transacted business in the District of Columbia, but denies the remaining allegations in Paragraph 34 of the Second Amended Complaint.

35.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 35 of the Second Amended Complaint and, accordingly, denies the allegations.

36.     Northrop Grumman admits the CNTPO Contract was originally awarded to Northrop Grumman's TASC division. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 36 of the Second Amended Complaint and, accordingly, denies the allegations.

37.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 37 of the Second Amended Complaint and, accordingly, denies the allegations.

38.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 38 of the Second Amended Complaint and, accordingly, denies the allegations.

39.     Northrop Grumman admits that the United States Government issued a request for proposals for contracts to provide work relating to CNTPO and awarded prime contracts. Northrop Grumman admits that four other prime contractors were awarded contracts under the CNTPO program, but is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 39 of the Second Amended Complaint and, accordingly, denies the allegations.

40.     Northrop Grumman admits that one of its subsidiaries was awarded contract number W9113M-07-D-0007 in 2007. Further responding, Paragraph 40 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 40 of the Second Amended Complaint contains averments, they are denied.

41.     Northrop Grumman admits that the Non-Standard Rotary Wing Aircraft Office ("NSRWA") within the Department of Defense administered the CNTPO Contract for a period of time. Northrop Grumman denies the remaining allegations in Paragraph 41 of the Second Amended Complaint.

42.     Paragraph 42 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 42 of the Second Amended Complaint contains averments, they are denied.

43.     The first and third sentences of Paragraph 43 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the first and third sentences of Paragraph 43 of the Second Amended Complaint contain averments, they are denied. Further responding, Northrop Grumman admits that one of its subsidiaries issued a subcontract to DynCorp, but denies the remaining allegations in the second sentence of Paragraph 43 of the Second Amended Complaint.

44.     Northrop Grumman denies the first sentence of Paragraph 44 of the Second Amended Complaint. Further responding, Northrop Grumman admits that DynCorp was responsible for providing services set forth in the subcontract issued to DynCorp and all attachments and amendments thereto, and denies any remaining allegations in Paragraph 44 of the Second Amended Complaint that are inconsistent with the terms of the subcontract issued to DynCorp and all attachments and amendments thereto.

45.     Northrop Grumman admits that the United States issued task orders to a subsidiary of Northrop Grumman under the CNTPO IDIQ contract for specific work. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 45 of the Second Amended Complaint and, accordingly, denies the allegations.

46.     Paragraph 46 of the Second Amended Complaint describes documents that provide the best evidence of their contents and Northrop Grumman denies the allegations in Paragraph 44 that are inconsistent with the documents.[1]

47.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 47 of the Second Amended Complaint and, accordingly, denies the allegations.

48.     Paragraph 48 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 48 of the Second Amended Complaint contains averments, they are denied.

49.     Paragraph 49 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 49 of the Second Amended Complaint contains averments, they are denied.

50.     Paragraph 50 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 50 of the Second Amended Complaint contains averments, they are denied.[2]

---

[1]     Footnote 1 to Paragraph 46 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent footnote 1 to Paragraph 46 of the Second Amended Complaint contains averments, they are denied.

[2]     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in footnote 2 to Paragraph 50 of the Second Amended Complaint and, accordingly, denies the allegations.

51.     Paragraph 51 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 51 of the Second Amended Complaint contains averments, they are denied.

52.     Paragraph 52 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 52 of the Second Amended Complaint contains averments, they are denied.

53.     Paragraph 53 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 53 of the Second Amended Complaint contains averments, they are denied.

54.     Paragraph 54 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 54 of the Second Amended Complaint contains averments, they are denied.

55.     Paragraph 55 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 55 of the Second Amended Complaint contains averments, they are denied.[3]

56.     Paragraph 56 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 56 of the Second Amended Complaint contains averments, they are denied.

57.     Paragraph 57 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 57 of the Second Amended Complaint contains averments, they are denied.

---

[3]     Footnote 3 to Paragraph 55 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent footnote 3 to Paragraph 55 of the Second Amended Complaint contains averments, they are denied.

58.     Paragraph 58 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 58 of the Second Amended Complaint contains averments, they are denied.

59.     Paragraph 59 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 59 of the Second Amended Complaint contains averments, they are denied.

60.     Paragraph 60 of the Second Amended Complaint describes documents that provide the best evidence of their contents and Northrop Grumman denies any allegations that are inconsistent with the contents of the documents.

61.     Paragraph 61 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 61 of the Second Amended Complaint contains averments, they are denied. Further responding, Paragraph 61 of the Second Amended Complaint describes documents that provide the best evidence of their contents and Northrop Grumman denies any allegations in Paragraph 61 of the Second Amended Complaint that are inconsistent with the content of the documents.

62.     Paragraph 62 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 62 of the Second Amended Complaint contains averments, they are denied. Further responding, Paragraph 62 of the Second Amended Complaint describes documents that provide the best evidence of their contents, and Northrop Grumman denies any allegations in Paragraph 62 of the Second Amended Complaint that are inconsistent with the content of the documents.

63.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 63 of the Second Amended Complaint and, accordingly, denies the allegations.

64.     Northrop Grumman denies the allegations in Paragraph 64 of the Second Amended Complaint.

65.     Northrop Grumman denies the allegations in Paragraph 65 of the Second Amended Complaint.

66.     Paragraph 66 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 66 of the Second Amended Complaint contains averments, they are denied.

67.     To the extent the allegations in Paragraph 67 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 67 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 67 of the Second Amended Complaint and, accordingly, denies the allegations.

68.     To the extent the allegations in Paragraph 68 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 68 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous

allegations in Paragraph 68 of the Second Amended Complaint and, accordingly, denies the allegations.

69.     To the extent the allegations in the first sentence of Paragraph 69 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent the first sentence of Paragraph 69 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first sentence of Paragraph 69 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is also without sufficient knowledge or information to admit or deny the allegations in the second and third sentences of Paragraph 69 and, accordingly, denies the allegations.

70.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 70 of the Second Amended Complaint and, accordingly, denies the allegations.

71.     To the extent the allegations in Paragraph 71 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 71 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 71 of the Second Amended Complaint and, accordingly, denies the allegations.

72.     To the extent the allegations in Paragraph 72 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the

allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 72 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 72 of the Second Amended Complaint and, accordingly, denies the allegations.

73.     To the extent the allegations in the first sentence of Paragraph 73 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent the first sentence of Paragraph 73 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first sentence of Paragraph 73 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is also without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the second sentence of Paragraph 73 of the Second Amended Complaint and, accordingly, denies the allegations.

74.     To the extent the allegations in Paragraph 74 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 74 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous

allegations in Paragraph 74 of the Second Amended Complaint and, accordingly, denies the allegations.[4]

75.      To the extent the allegations in Paragraph 75 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 75 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 75 of the Second Amended Complaint and, accordingly, denies the allegations.

76.      To the extent the allegations in Paragraph 76 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 76 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 76 of the Second Amended Complaint and, accordingly, denies the allegations.

77.      To the extent the allegations in Paragraph 77 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 77 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous

---

[4]      Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in footnote 4 of Paragraph 74 of the Second Amended Complaint and, accordingly, denies the allegations.

allegations in Paragraph 77 of the Second Amended Complaint and, accordingly, denies the allegations.

78.     To the extent the allegations in Paragraph 78 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 78 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 78 of the Second Amended Complaint and, accordingly, denies the allegations.

79.     To the extent the allegations in Paragraph 79 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent Paragraph 79 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 79 of the Second Amended Complaint and, accordingly, denies the allegations.

80.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 80 of the Second Amended Complaint and, accordingly, denies the allegations.

81.     Paragraph 81 of the Fist Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 81 of the Second Amended Complaint contains averments, they are denied.

82.     Northrop Grumman admits DynCorp possessed and utilized a property management system it called DynMRO. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 82 of the Second Amended Complaint and, accordingly, denies the allegations.

83.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 83 of the Second Amended Complaint and, accordingly, denies the allegations.

84.     Northrop Grumman admits the allegation in the first sentence of Paragraph 84 of the Second Amended Complaint that it did not have access to DynCorp's proprietary DynMRO software. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the first sentence of Paragraph 84 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in second and third sentences of Paragraph 84 of the Second Amended Complaint and, accordingly, denies the allegations.

85.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 85 of the Second Amended Complaint and, accordingly, denies the allegations. To the extent the allegations in the second sentence of Paragraph 85 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent the second and third sentences of Paragraph 85 of the Second Amended Complaint contain averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous

allegations in the second and third sentences of Paragraph 85 of the Second Amended Complaint and, accordingly, denies the allegations.

86.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 86 of the Second Amended Complaint and, accordingly, denies the allegations.

87.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 87 of the Second Amended Complaint and, accordingly, denies the allegations.

88.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 88 of the Second Amended Complaint and, accordingly, denies the allegations.

89.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 89 of the Second Amended Complaint and, accordingly, denies the allegations.

90.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 90 of the Second Amended Complaint and, accordingly, denies the allegations.

91.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 91 of the Second Amended Complaint and, accordingly, denies the allegations.

92.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 92 of the Second Amended Complaint and, accordingly, denies the allegations.

93.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 93 of the Second Amended Complaint and, accordingly, denies the allegations.

94.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 94 of the Second Amended Complaint and, accordingly, denies the allegations.

95.     Paragraph 95 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 95 of the Second Amended Complaint contains averments, they are denied.

96.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first and second sentences of Paragraph 96 of the Second Amended Complaint and, accordingly, denies the allegations. To the extent the allegations in the third sentence of Paragraph 96 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. Further responding, to the extent the third sentence of Paragraph 96 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the third sentence of Paragraph 96 of the Second Amended Complaint and, accordingly, denies the allegations.

97.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 97 of the Second Amended Complaint and, accordingly, denies the allegations.

98.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 98 of the Second Amended Complaint and, accordingly, denies the allegations.

99.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 99 of the Second Amended Complaint and, accordingly, denies the allegations.

100.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first and fourth sentences of Paragraph 100 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman admits the allegation in the second and third sentences of Paragraph 100 of the Second Amended Complaint that one of its subsidiary's personnel would request information regarding property from DynCorp to respond to questions from the United States Government, but denies the remaining allegations in the second and third sentences of Paragraph 100 of the Second Amended Complaint.

101.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 101 of the Second Amended Complaint and, accordingly, denies the allegations.

102.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 102 of the Second Amended Complaint and, accordingly, denies the allegations.

103.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 103 of the Second Amended Complaint and, accordingly, denies the allegations.

104.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 104 of the Second Amended Complaint and, accordingly, denies the allegations.

105.    Northrop Grumman is without sufficient knowledge or information to admit or deny the first, second, third, and fifth sentences of Paragraph 105 of the Second Amended Complaint and, accordingly, denies the allegations. The fourth sentence of Paragraph 105 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the fourth sentence of Paragraph 105 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the fourth sentence of Paragraph 105 of the Second Amended Complaint and, accordingly, denies the allegations.

106.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 106 of the Second Amended Complaint and, accordingly, denies the allegations.

107.    Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 107 of the Second Amended Complaint and, accordingly, denies the allegations.

108.    Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first sentence of Paragraph 108 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, fourth, fifth, and sixth sentences of Paragraph 108 of the Second Amended Complaint and, accordingly, denies the allegations.

109.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, second, fourth, fifth, and sixth sentences of Paragraph 109 of the Second Amended Complaint and, accordingly, denies the allegations. The third sentence of Paragraph 109 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the third sentence of Paragraph 109 of the Second Amended Complaint contains averments, they are denied.

110.     Northrop Grumman admits that, as part of one of its subsidiaries' oversight of its subcontractor, DynCorp, at times personnel from Northrop Grumman's subsidiary inquired about the status of property being shipped to Afghanistan. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 110 of the Second Amended Complaint and, accordingly, denies the allegations.

111.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 111 of the Second Amended Complaint and, accordingly, denies the allegations.

112.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 112 of the Second Amended Complaint and, accordingly, denies the allegations.

113.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 113 of the Second Amended Complaint and, accordingly, denies the allegations.

114.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 114 of the Second Amended Complaint and, accordingly, denies the allegations.

115.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 115 of the Second Amended Complaint and, accordingly, denies the allegations.

116.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 116 of the Second Amended Complaint and, accordingly, denies the allegations.

117.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 117 of the Second Amended Complaint and, accordingly, denies the allegations.

118.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 118 of the Second Amended Complaint and, accordingly, denies the allegations.

119.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 119 of the Second Amended Complaint and, accordingly, denies the allegations. The allegations in the second, third, fourth, and fifth sentences of Paragraph 119 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the second, third, fourth, and fifth sentences of Paragraph 119 of the Second Amended Complaint contain averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations and, accordingly, denies the allegations.

120.     The first sentence of Paragraph 120 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the first sentence of Paragraph 120 of the Second Amended Complaint contains averments, Northrop Grumman is without

sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 120 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and third sentences of Paragraph 120 of the Second Amended Complaint and, accordingly, denies the allegations.

121.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, third, and fourth sentences of Paragraph 121 of the Second Amended Complaint and, accordingly, denies the allegations. The second sentence of Paragraph 121 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the second sentence of Paragraph 121 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second sentence of Paragraph 121 of the Second Amended Complaint and, accordingly, denies the allegations.

122.    Northrop Grumman denies the allegations in Paragraph 122 of the Second Amended Complaint.

123.    Northrop Grumman denies the allegations in Paragraph 123 of the Second Amended Complaint.

124.    The first sentence of Paragraph 124 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent first sentence of Paragraph 124 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in first sentence of Paragraph 124 and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and third

sentences of Paragraph 124 of the Second Amended Complaint and, accordingly, denies the allegations.

125.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 125 of the Second Amended Complaint and, accordingly, denies the allegations.

126.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 126 of the Second Amended Complaint and, accordingly, denies the allegations. Further responding, the first and fourth sentences of Paragraph 126 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent first and fourth sentences of Paragraph 126 of the Second Amended Complaint contain averments, they are denied.

127.     Northrop Grumman admits the allegation in the first sentence of Paragraph 127 of the Second Amended Complaint that DynCorp did not timely deliver avionics test equipment. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining vague and ambiguous allegations in the first sentence of Paragraph 127 of the Second Amended Complaint and, accordingly, denies the remaining allegations. Northrop Grumman admits the allegation in the second and third sentences of Paragraph 127 of the Second Amended Complaint that some testing was performed utilizing equipment already possessed by the United States Government and some testing was outsourced to third parties. Northrop Grumman denies the remaining allegations in the second and third sentences of Paragraph 127 of the Second Amended Complaint. Northrop Grumman denies the allegations in the fourth sentence of Paragraph 127 of the Second Amended Complaint.[5]

---

[5]   Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in footnote 5 to Paragraph 127 of the Second Amended Complaint and, accordingly, denies the allegations.

128.    The first sentence of Paragraph 128 of the Second Amended Complaint describes an email that provides the best evidence of its contents and Northrop Grumman denies any allegations that are inconsistent with the contents of the email. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 128 of the Second Amended Complaint and, accordingly, denies the allegations.

129.    Paragraph 129 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 129 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 129 of the Second Amended Complaint and, accordingly, denies the allegations.

130.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 130 of the Second Amended Complaint and, accordingly, denies the allegations.

131.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 131 of the Second Amended Complaint and, accordingly, denies the allegations.

132.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 132 of the Second Amended Complaint and, accordingly, denies the allegations.

133.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 133 of the Second Amended Complaint and, accordingly, denies the allegations.

134.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 134 of the Second Amended Complaint and, accordingly, denies the allegations.

135.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 135 of the Second Amended Complaint and, accordingly, denies the allegations.

136.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 136 of the Second Amended Complaint and, accordingly, denies the allegations.

137.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 137 of the Second Amended Complaint and, accordingly, denies the allegations.

138.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 138 of the Second Amended Complaint and, accordingly, denies the allegations.

139.     The first sentence of Paragraph 139 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the first sentence of Paragraph 139 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 139 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, and fourth sentences of Paragraph 139 of the Second Amended Complaint and, accordingly, denies the allegations.

140.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 140 of the Second Amended Complaint and, accordingly, denies the allegations.

141.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 141 of the Second Amended Complaint and, accordingly, denies the allegations.

142.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 142 of the Second Amended Complaint and, accordingly, denies the allegations.

143.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 143 of the Second Amended Complaint and, accordingly, denies the allegations.

144.     The first sentence of Paragraph 144 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the first sentence of Paragraph 144 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 144 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman admits the allegations that avionics test equipment has a service life and requires periodic calibration. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the second, third, fourth, and fifth sentences of Paragraph 144 of the Second Amended Complaint and, accordingly, denies the allegations.

145.    Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 145 of the Second Amended Complaint and, accordingly, denies the allegations.

146.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 146 of the Second Amended Complaint and, accordingly, denies the allegations.

147.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 147 of the Second Amended Complaint and, accordingly, denies the allegations.

148.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 148 of the Second Amended Complaint and, accordingly, denies the allegations.

149.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 149 of the Second Amended Complaint and, accordingly, denies the allegations.

150.    The allegations in Paragraph 150 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent Paragraph 150 of the Second Amended Complaint contains averments, Northrop Grumman admits that DynCorp was required to manage property under its subcontract in a manner that met the applicable regulatory and contractual requirements, but denies the remaining allegations in Paragraph 150 of the Second Amended Complaint.

151.    Northrop Grumman admits DynCorp had a property management information system known as DynMRO and that DynCorp's subcontract contained provisions relating to the

development of a management information system ("MIS") that could be turned over to the Afghan government. Northrop Grumman denies the remaining allegations in Paragraph 151 of the Second Amended Complaint.

152.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 152 of the Second Amended Complaint and, accordingly, denies the allegations.

153.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 153 of the Second Amended Complaint and, accordingly, denies the allegations.

154.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 154 of the Second Amended Complaint and, accordingly, denies the allegations.

155.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 155 of the Second Amended Complaint and, accordingly, denies the allegations.

156.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 156 of the Second Amended Complaint and, accordingly, denies the allegations.

157.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 157 of the Second Amended Complaint and, accordingly, denies the allegations.

158.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 158 of the Second Amended Complaint and, accordingly, denies the allegations.

159.     Northrop Grumman admits that some aircraft parts were provided by the United States Government through a contract with Lockheed Martin. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 159 of the Second Amended Complaint and, accordingly, denies the remaining allegations.

160.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 160 of the Second Amended Complaint and, accordingly, denies the allegations.

161.     Northrop Grumman denies the allegations in the second and third sentences of Paragraph 161 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 161 of the Second Amended Complaint and, accordingly, denies the allegations.

162.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 162 of the Second Amended Complaint and, accordingly, denies the allegations.

163.     Northrop Grumman denies the allegation in the third sentence of Paragraph 163 of the Second Amended Complaint that it failed to fulfill its duties under either the CNTPO IDIQ contract or any individual task orders. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the third sentence of Paragraph 163 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, second,

and fourth sentences of Paragraph 163 of the Second Amended Complaint and, accordingly, denies the allegations.

164.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 164 of the Second Amended Complaint and, accordingly, denies the allegations.

165.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 165 of the Second Amended Complaint and, accordingly, denies the allegations.

166.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 166 of the Second Amended Complaint and, accordingly, denies the allegations.

167.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 167 of the Second Amended Complaint and, accordingly, denies the allegations.

168.     Northrop Grumman denies the allegations in Paragraph 168 of the Second Amended Complaint.

169.     Northrop Grumman denies the allegations in Paragraph 169 of the Second Amended Complaint.

170.     Northrop Grumman denies the allegations in Paragraph 170 of the Second Amended Complaint to the extent they aver that Northrop Grumman failed to perform its duties under either the CNTPO Contract or any individual task orders. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 170 of the Second Amended Complaint and, accordingly, denies the allegations.

171.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 171 of the Second Amended Complaint and, accordingly, denies the allegations. The second sentence of Paragraph 171 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the second sentence of Paragraph 171 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the second sentence of Paragraph 171 and, accordingly, denies the allegations.

172.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 172 of the Second Amended Complaint and, accordingly, denies the allegations.

173.     The first and fourth sentences of Paragraph 173 of the Second Amended Complaint describe an email that provides the best evidence of its contents and Northrop Grumman denies any allegations that are inconsistent with the contents of the email. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and third sentences of Paragraph 173 of the Second Amended Complaint and, accordingly, denies the allegations.

174.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 174 of the Second Amended Complaint and, accordingly, denies the allegations.

175.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 175 of the Second Amended Complaint and, accordingly, denies the allegations.

176.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 176 of the Second Amended Complaint and, accordingly, denies the allegations.

177.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 177 of the Second Amended Complaint and, accordingly, denies the allegations.

178.     Northrop Grumman denies the allegations in Paragraph 178 of the Second Amended Complaint.

179.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 179 of the Second Amended Complaint and, accordingly, denies the allegations.

180.     Northrop Grumman admits Russian aircraft and parts were used under certain task orders awarded to a subsidiary of Northrop Grumman under the CNTPO Contract. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 180 of the Second Amended Complaint and, accordingly, denies the allegations.

181.     Northrop Grumman admits DynCorp provided some Simplex products. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 181 of the Second Amended Complaint and, accordingly, denies the allegations.

182.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 182 of the Second Amended Complaint and, accordingly, denies the allegations.

183.     Northrop Grumman admits that some aircraft parts were delivered in boxes containing Cyrillic characters, but denies the remaining allegations in the first sentence of Paragraph 183 of the Second Amended Complaint. Northrop Grumman denies the allegation in the third sentence of Paragraph 183 of the Second Amended Complaint that there were no individuals employed who could read or speak the Russian in or on the boxes. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the second and third sentences of Paragraph 183 of the Second Amended Complaint and, accordingly, denies the allegations.

184.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 184 of the Second Amended Complaint and, accordingly, denies the allegations.

185.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 185 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman admits the allegation in the second sentence of Paragraph 185 of the Second Amended Complaint that the United States Government requested reports at various points in time regarding the status of equipment deliveries, but denies the remaining allegations in Paragraph 185 of the Second Amended Complaint.

186.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 186 and, accordingly, denies the allegations. Further responding, Paragraph 186 of the Second Amended Complaint describes a document that provides the best evidence of its contents and Northrop Grumman denies any allegations that are inconsistent with the contents of the document.

187.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 187 of the Second Amended Complaint and, accordingly, denies the allegations.

188.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 188 of the Second Amended Complaint and, accordingly, denies the allegations.

189.     Northrop Grumman admits the allegation in the first sentence of Paragraph 189 of the Second Amended Complaint that one of its subsidiaries discussed property issues with the Government, but denies the remaining allegations in the first sentence of Paragraph 189. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, fourth, fifth, sixth and seventh sentences of Paragraph 189 of the Second Amended Complaint and, accordingly, denies the allegations.

190.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 190 of the Second Amended Complaint and, accordingly, denies the allegations.

191.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 191 of the Second Amended Complaint and, accordingly, denies the allegations.

192.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 192 of the Second Amended Complaint and, accordingly, denies the allegations.

193.     Paragraph 193 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 193 of the Second Amended Complaint

contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 193 and, accordingly, denies the allegations.

194.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 194 of the Second Amended Complaint and, accordingly, denies the allegations.

195.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 195 of the Second Amended Complaint and, accordingly, denies the allegations.

196.     Northrop Grumman admits the allegation in the first sentence of Paragraph 196 of the Second Amended Complaint that the United States Government provided push packs in connection with certain task orders under the CNTPO Contract, but denies the remaining allegations in the first sentence of Paragraph 196. Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the second sentence of Paragraph 196 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman admits the allegations in the third sentence of Paragraph 196 of the Second Amended Complaint that push packs were delivered to DynCorp, but denies the remaining allegations in the third sentence of Paragraph 196. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the fourth sentence of Paragraph 196 of the Second Amended Complaint and, accordingly, denies the allegations.

197.     Paragraph 197 of the Second Amended Complaint describes documents that are the best evidence of their contents, and Northrop Grumman denies any averments in Paragraph 197 that are inconsistent with the contents of the documents. Further responding, Northrop Grumman admits that DynCorp was required to manage property in accordance with the

applicable contract and regulations, but denies the remaining allegations in Paragraph 197 of the Second Amended Complaint.

198.     Northrop Grumman admits the allegation in the first and second sentences of Paragraph 198 of the Second Amended Complaint that DynCorp was required to manage property in accordance with the applicable contract and regulations, but denies the remaining allegations in the first and second sentences of Paragraph 198 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third sentence of Paragraph 198 of the Second Amended Complaint and, accordingly, denies the allegations.

199.     Northrop Grumman admits the allegation in Paragraph 199 of the Second Amended Complaint that some personnel from one of its subsidiaries were apprised that some of the items in the push packs had been removed. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 199 of the Second Amended Complaint and, accordingly, denies the allegations.

200.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 200 of the Second Amended Complaint and, accordingly, denies the allegations.

201.     Northrop Grumman admits the allegation in the first sentence of Paragraph 201 of the Second Amended Complaint that personnel from one of its subsidiaries requested that DynCorp find missing property. Northrop Grumman denies the remaining allegations in the first sentence of Paragraph 201 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, and

fourth sentences of Paragraph 201 of the Second Amended Complaint and, accordingly, denies the allegations.

202.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 202 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second sentence of Paragraph 202 of the Second Amended Complaint.

203.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 203 of the Second Amended Complaint and, accordingly, denies the allegations.

204.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 204 of the Second Amended Complaint and, accordingly, denies the allegations.

205.    Northrop Grumman denies the allegations in Paragraph 205 of the Second Amended Complaint.

206.    Northrop Grumman admits the allegation in Paragraph 206 of the Second Amended Complaint that the United States Government purchased some aircraft parts from Lockheed Martin. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 206 of the Second Amended Complaint and, accordingly, denies the allegations.

207.    The first sentence of Paragraph 207 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent the first sentence of Paragraph 207 of the Second Amended Complaint contains averments, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second

sentence of Paragraph 207 of the Second Amended Complaint and, accordingly, denies the allegations.

208.    The first and second sentences of Paragraph 208 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the first and second sentences of Paragraph 208 of the Second Amended Complaint contain averments, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third sentence of Paragraph 208 of the Second Amended Complaint and, accordingly, denies the allegations.

209.    The first sentence of Paragraph 209 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent the first sentence of Paragraph 209 of the Second Amended Complaint contains averments, they are denied. Northrop Grumman admits the allegation in the second sentence of Paragraph 209 of the Second Amended Complaint that steps were taken to secure the facility, but denies the remaining allegations in the second sentence of Paragraph 209 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the third and fourth sentences of Paragraph 209 of the Second Amended Complaint and, accordingly, denies the allegations.

210.    The first sentence of Paragraph 210 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the first sentence of Paragraph 210 of the Second Amended Complaint contains averments, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and third sentences of Paragraph 210 of the Second Amended Complaint and, accordingly, denies the allegations.

211.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 211 of the Second Amended Complaint and, accordingly, denies the allegations.

212.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 212 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second and third sentences of Paragraph 212 of the Second Amended Complaint.

213.     Paragraph 213 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 213 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 213 of the Second Amended Complaint and, accordingly, denies the allegations.

214.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 214 of the Second Amended Complaint and, accordingly, denies the allegations. The allegations in the second sentence of Paragraph 214 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the second sentence of Paragraph 214 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations and, accordingly, denies the allegations.

215.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 215 of the Second Amended Complaint and, accordingly, denies the allegations.

216.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 216 of the Second Amended Complaint and, accordingly, denies the allegations. Further responding, the fourth sentence of Paragraph 216 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the fourth sentence of Paragraph 216 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations and, accordingly, denies the allegations.

217.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, second, third, fourth, fifth, and sixth sentences of Paragraph 217 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman admits that the Air Force provided instructions in a memorandum to contractor personnel regarding prevention of theft, but Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the seventh sentence of Paragraph 217 of the Second Amended Complaint and, accordingly, denies the allegations.

218.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 218 of the Second Amended Complaint and, accordingly, denies the allegations.

219.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 219 of the Second Amended Complaint and, accordingly, denies the allegations.

220.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 220 of the Second Amended Complaint and, accordingly, denies the allegations.

221. The allegations in Paragraph 221 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent Paragraph 221 of the Second Amended Complaint contains averments, they are denied.

222. The allegations in Paragraph 222 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent Paragraph 222 of the Second Amended Complaint contains averments, they are denied.

223. The allegations in Paragraph 223 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent Paragraph 223 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations and, accordingly, denies the allegations.

224. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 224 of the Second Amended Complaint and, accordingly, denies the allegations.

225. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 225 of the Second Amended Complaint and, accordingly, denies the allegations.

226. Northrop Grumman denies the allegations in the first and third sentences of Paragraph 226 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and fourth sentences of Paragraph 226 of the Second Amended Complaint and, accordingly, denies the allegations.

227. Northrop Grumman denies the allegations in Paragraph 227 of the Second Amended Complaint.

228.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 228 of the Second Amended Complaint and, accordingly, denies the allegations.

229.     Northrop Grumman admits that some personnel from one of its subsidiaries learned about certain property management issues at DynCorp in late November and early December 2012, but denies the remaining allegations in the first sentence of Paragraph 229 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second sentence of Paragraph 229 of the Second Amended Complaint and, accordingly, denies the allegations.

230.     Northrop Grumman denies the allegations in Paragraph 230 of the Second Amended Complaint.

231.     Northrop Grumman denies the allegations in Paragraph 231 of the Second Amended Complaint.

232.     Northrop Grumman admits that one of its subsidiaries performed oversight of DynCorp's property management efforts and that it informed DynCorp that it would be held financially accountable for property for which the Government determined it was due reimbursement. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 232 of the Second Amended Complaint and, accordingly, denies the allegations.

233.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 233 of the Second Amended Complaint and, accordingly, denies the allegations. Further responding, any Corrective Action Plan is the best evidence of its

contents and Northrop Grumman denies any allegation that is inconsistent with the contents of the document.

234.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 234 of the Second Amended Complaint and, accordingly, denies the allegations.

235.    Northrop Grumman admits the allegation in Paragraph 235 of the Second Amended Complaint that DynCorp agreed to pay for work by the Buffalo Group. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 235 of the Second Amended Complaint and, accordingly, denies the allegations.

236.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 236 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman admits the allegations in the second and third sentences of Paragraph 236 of the Second Amended Complaint that personnel from one of its subsidiaries met with DynCorp to discuss a Corrective Action Plan on multiple occasions and asked for additional information, but denies the remaining allegations in the second and third sentences of Paragraph 236. Northrop Grumman denies the remaining allegations in Paragraph 236 of the Second Amended Complaint.

237.    Northrop Grumman admits that one of its subsidiaries received a Gantt Chart from DynCorp, but is without sufficient knowledge or information to admit or deny the remaining allegations and, accordingly, denies the remaining allegations in the first sentence of Paragraph 237 of the Second Amended Complaint. Northrop Grumman admits that the allegations in the second sentence of Paragraph 237 of the Second Amended Complaint

generally describe the contents of a Gantt Chart, but denies all remaining allegations in the second sentence of Paragraph 237 of the First Amended Compliant. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third sentence of Paragraph 237 of the Second Amended Complaint and, accordingly, denies the allegations.

238.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 238 of the Second Amended Complaint and, accordingly, denies the allegations.

239.    Northrop Grumman admits that personnel of its subsidiary met with DynCorp to address performance issues under DynCorp's subcontract. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 239 of the Second Amended Complaint and, accordingly, denies the remaining allegations.

240.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, third, and fourth sentences of Paragraph 240 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second sentence of Paragraph 240 of the Second Amended Complaint.

241.    Northrop Grumman admits that personnel of its subsidiary met with DynCorp on multiple occasions in furtherance of efforts to get DynCorp to take corrective actions relating to DynCorp's performance with regard to property management. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 241 of the Second Amended Complaint and, accordingly, denies the allegations.

242.    Northrop Grumman admits that DynCorp was responsible for payment of the work of the Buffalo Group, but is without sufficient knowledge or information to admit or deny the remaining allegations in the first, second, and third sentences of Paragraph 242 of the Second

Amended Complaint and, accordingly, denies the remaining allegations. Northrop Grumman denies the allegations in the fourth sentence of Paragraph 242 of the Second Amended Complaint.

243.     Northrop Grumman denies the allegations in Paragraph 243 of the Second Amended Complaint.

244.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 244 of the Second Amended Complaint and, accordingly, denies the allegations.

245.     Northrop Grumman denies the allegations in Paragraph 245 of the Second Amended Complaint.

246.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first and third sentences of Paragraph 246 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegation in the second sentence of Paragraph 246 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the fourth and fifth sentences of Paragraph 246 of the Second Amended Complaint and, accordingly, denies the allegations.

247.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first sentence of Paragraph 247 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second and third sentences of Paragraph 247 of the Second Amended Complaint.

248.    Northrop Grumman denies the allegations in Paragraph 248 of the Second Amended Complaint.

249.    Northrop Grumman admits personnel in one of its subsidiaries learned that the data in DynMRO was incorrect and that it would take time to fix the data. Northrop Grumman denies the remaining allegations in Paragraph 249 of the Second Amended Complaint.

250.    Northrop Grumman denies the allegations in Paragraph 250 of the Second Amended Complaint.

251.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 251 of the Second Amended Complaint and, accordingly, denies the allegations.

252.    Northrop Grumman denies the allegations in Paragraph 252 of the Second Amended Complaint.

253.    Northrop Grumman denies the allegations in Paragraph 253 of the Second Amended Complaint.

254.    Northrop Grumman denies the allegations in Paragraph 254 of the Second Amended Complaint.

255.    Northrop Grumman denies the allegations in Paragraph 255 of the Second Amended Complaint.

256.    Northrop Grumman denies the allegations in Paragraph 256 of the Second Amended Complaint.

257.    Northrop Grumman denies the allegations in Paragraph 257 of the Second Amended Complaint.

258.     Paragraph 258 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 258 of the Second Amended Complaint contains averments, they are denied.

259.     Northrop Grumman denies the allegations in Paragraph 259 of the Second Amended Complaint.

260.     Northrop Grumman denies the allegations in Paragraph 260 of the Second Amended Complaint.

261.     The first and second sentences of Paragraph 261 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the first and second sentences of Paragraph 261 of the Second Amended Complaint contain averments, they are denied. Northrop Grumman denies the third sentence of Paragraph 261 of the Second Amended Complaint.

262.     Northrop Grumman denies the allegations in Paragraph 262 of the Second Amended Complaint.

263.     Northrop Grumman denies the allegations in Paragraph 263 of the Second Amended Complaint.

264.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 264 of the Second Amended Complaint and, accordingly, denies the allegations.

265.     Northrop Grumman denies the allegations in Paragraph 265 of the Second Amended Complaint.

266.     Northrop Grumman denies the allegations in Paragraph 266 of the Second Amended Complaint.

267.     Northrop Grumman denies the allegations in Paragraph 267 of the Second Amended Complaint.

268.     Northrop Grumman denies the allegations in Paragraph 268 of the Second Amended Complaint.

269.     Northrop Grumman denies the allegations in Paragraph 269 of the Second Amended Complaint.

270.     Northrop Grumman denies the allegations in Paragraph 270 of the Second Amended Complaint.

271.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 271 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second sentence of Paragraph 271 of the Second Amended Complaint.

272.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 272 of the Second Amended Complaint and, accordingly, denies the allegations.

273.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 273 of the Second Amended Complaint and, accordingly, denies the allegations.

274.     Northrop Grumman denies the allegations in Paragraph 274 of the Second Amended Complaint.

275.     Paragraph 275 of the Second Amended Complaint describes documents that provide the best evidence of their contents and Northrop Grumman denies any averments that are inconsistent with the contents of the documents. Northrop Grumman is without sufficient

knowledge or information to admit or deny the remaining allegations in Paragraph 275 of the Second Amended Complaint and, accordingly, denies the allegations.

276.     The NSRWA Pre-Solicitation is the best evidence of its contents and Northrop Grumman denies any averments that are inconsistent with the contents of the document. Northrop Grumman denies the allegations in the first sentence of Paragraph 276 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, fourth, fifth, sixth, and seventh sentences of Paragraph 276 of the Second Amended Complaint and, accordingly, denies the allegations.

277.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 277 of the Second Amended Complaint and, accordingly, denies the allegations.

278.     To the extent the allegations in Paragraph 278 of the Second Amended Complaint characterize the rights and obligations of the Defense Contract Audit Agency, or any regulatory requirements, the allegations state legal conclusions to which no response is required. To the extent Paragraph 278 of the Second Amended Complaint contains averments, they are denied.

279.     To the extent the allegations in Paragraph 279 of the Second Amended Complaint characterize the rights and obligations of the Defense Contract Audit Agency, or any regulatory requirements, the allegations state legal conclusions to which no response is required. To the extent Paragraph 279 of the Second Amended Complaint contains averments, they are denied.

280.     To the extent the allegations in Paragraph 280 of the Second Amended Complaint characterize the rights and obligations of the Defense Contract Audit Agency, or any regulatory requirements, the allegations state legal conclusions to which no response is required. To the extent Paragraph 280 of the Second Amended Complaint contains averments, they are denied.

281.    To the extent the allegations in Paragraph 281 of the Second Amended Complaint characterize the CNTPO Contract, DynCorp subcontract, or any regulatory requirements, the allegations state legal conclusions to which no response is required. To the extent Paragraph 281 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

282.    The CNTPO Contract provides the best evidence of the property book requirements and Northrop Grumman denies any averments that are inconsistent with the contents of the document. Northrop Grumman denies the remaining allegations in Paragraph 282 of the Second Amended Complaint.

283.    Paragraph 283 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 283 of the Second Amended Complaint contains averments, they are denied.

284.    Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 284 of the Second Amended Complaint and, accordingly, denies the allegations.

285.    Northrop Grumman denies the allegations in Paragraph 285 of the Second Amended Complaint.

286.    Northrop Grumman denies the allegations in Paragraph 286 of the Second Amended Complaint.

287.    Northrop Grumman admits that its subsidiary requested additional time from the United States Government for a property book to be produced, but denies the remaining allegations in Paragraph 287 of the Second Amended Complaint.

288.     Northrop Grumman admits the allegation in Paragraph 288 of the Second Amended Complaint that the United States Government granted a request to provide a property book by June 30, 2013, but denies the remaining allegations in Paragraph 288 of the Second Amended Complaint.

289.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 289 of the Second Amended Complaint and, accordingly, denies the allegations.

290.     Northrop Grumman denies the allegations in Paragraph 290 of the Second Amended Complaint.

291.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 291 of the Second Amended Complaint and, accordingly, denies the allegations.

292.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 292 of the Second Amended Complaint and, accordingly, denies the allegations.

293.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 293 of the Second Amended Complaint and, accordingly, denies the allegations.

294.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 294 of the Second Amended Complaint and, accordingly, denies the allegations.

295.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 295 of the Second Amended Complaint and, accordingly, denies the allegations.

296.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 296 of the Second Amended Complaint and, accordingly, denies the allegations.

297.    Northrop Grumman denies the allegations in Paragraph 297 of the Second Amended Complaint.

298.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 298 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second and third sentences of Paragraph 298 of the Second Amended Complaint.

299.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 299 of the Second Amended Complaint and, accordingly, denies the allegations.

300.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 300 of the Second Amended Complaint and, accordingly, denies the allegations.

301.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 301 of the Second Amended Complaint and, accordingly, denies the allegations.

302.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 302 of the Second Amended Complaint and, accordingly, denies the allegations.

303.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 303 of the Second Amended Complaint and, accordingly, denies the allegations.

304.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 304 of the Second Amended Complaint and, accordingly, denies the allegations.

305.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 305 of the Second Amended Complaint and, accordingly, denies the allegations.

306.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 306 of the Second Amended Complaint and, accordingly, denies the allegations.

307.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 307 of the Second Amended Complaint and, accordingly, denies the allegations.

308.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 308 of the Second Amended Complaint and, accordingly, denies the allegations.

309.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 309 of the Second Amended Complaint and, accordingly, denies the allegations.

310.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 310 of the Second Amended Complaint and, accordingly, denies the allegations.

311.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 311 of the Second Amended Complaint and, accordingly, denies the allegations.

312.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 312 of the Second Amended Complaint and, accordingly, denies the allegations.

313.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 313 of the Second Amended Complaint and, accordingly, denies the allegations. The second sentence of Paragraph 313 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent the second sentence of Paragraph 313 of the Second Amended Complaint contains averments, they are denied.

314.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 314 of the Second Amended Complaint and, accordingly, denies the allegations.

315.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 315 of the Second Amended Complaint and, accordingly, denies the allegations.

316.    Northrop Grumman denies the allegations in Paragraph 316 of the Second Amended Complaint.

317.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 317 of the Second Amended Complaint and, accordingly, denies the allegations.

318.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first and fourth sentences of Paragraph 318 of the Second Amended Complaint and, accordingly, denies the allegations. The second and third sentences of Paragraph 318 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the second and third sentences of Paragraph 318 of the Second Amended Complaint contain averments regarding Northrop Grumman, they are denied.

319.    Northrop Grumman admits the allegation in Paragraph 319 of the Second Amended Complaint that a threshold change request was submitted to NSRWA. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 319 of the Second Amended Complaint and, accordingly, denies the allegations.

320.    Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first sentence of Paragraph 320 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without

sufficient knowledge or information to admit or deny the allegations in the second sentence of Paragraph 320 of the Second Amended Complaint and, accordingly, denies the allegations.

321.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 321 of the Second Amended Complaint and, accordingly, denies the allegations.

322.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 322 of the Second Amended Complaint and, accordingly, denies the allegations.

323.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 323 of the Second Amended Complaint and, accordingly, denies the allegations.

324.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 324 of the Second Amended Complaint and, accordingly, denies the allegations.

325.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 325 of the Second Amended Complaint and, accordingly, denies the allegations.

326.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 326 of the Second Amended Complaint and, accordingly, denies the allegations.

327.    The first and second sentences of Paragraph 327 of the Second Amended Complaint state legal conclusions to which no response is required. To the extent the first and second sentences of Paragraph 327 of the Second Amended Complaint contain averments, they

are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third, fourth, and fifth sentences of Paragraph 327 of the Second Amended Complaint and, accordingly, denies the allegations.

328.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first and second sentences of Paragraph 328 of the Second Amended Complaint and, accordingly, denies the allegations. The third sentence of Paragraph 328 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 328 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 328 of the Second Amended Complaint and, accordingly, denies the allegations.

329.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 329 of the Second Amended Complaint and, accordingly, denies the allegations.

330.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 330 of the Second Amended Complaint and, accordingly, denies the allegations.

331.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 331 of the Second Amended Complaint and, accordingly, denies the allegations.

332.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 332 of the Second Amended Complaint and, accordingly, denies the allegations.

333.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 333 of the Second Amended Complaint and, accordingly, denies the allegations.

334.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 334 of the Second Amended Complaint and, accordingly, denies the allegations.

335.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 335 of the Second Amended Complaint and, accordingly, denies the allegations.

336.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 336 of the Second Amended Complaint and, accordingly, denies the allegations.

337.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 337 of the Second Amended Complaint and, accordingly, denies the allegations. The second sentence of Paragraph 337 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the second sentence of Paragraph 337 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second sentence of Paragraph 337 of the Second Amended Complaint and, accordingly, denies the allegations.

338.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 338 of the Second Amended Complaint and, accordingly, denies the allegations.

339.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 339 of the Second Amended Complaint and, accordingly, denies the allegations.

340.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 340 of the Second Amended Complaint and, accordingly, denies the allegations.

341.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 341 of the Second Amended Complaint and, accordingly, denies the allegations.

342.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 342 of the Second Amended Complaint and, accordingly, denies the allegations.

343.    The first sentence of Paragraph 343 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the first sentence of Paragraph 343 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the first sentence of Paragraph 343 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and third sentences of Paragraph 343 of the Second Amended Complaint and, accordingly, denies the allegations.

344.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 344 of the Second Amended Complaint and, accordingly, denies the allegations.

345.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 345 of the Second Amended Complaint and, accordingly, denies the allegations.

346.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 346 of the Second Amended Complaint and, accordingly, denies the allegations.

347.     The first sentence of Paragraph 347 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the first sentence of Paragraph 347 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 347 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second sentence of Paragraph 347 of the Second Amended Complaint and, accordingly, denies the allegations.

348.     Paragraph 348 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 348 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 348 and, accordingly, denies the allegations.

349.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 349 of the Second Amended Complaint and, accordingly, denies the allegations.

350.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, third, and fourth sentences of Paragraph 350 of the Second

Amended Complaint and, accordingly, denies the allegations. The second sentence of Paragraph 350 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent the second sentence of Paragraph 350 of the Second Amended Complaint contains averments, they are denied.

351.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 351 of the Second Amended Complaint and, accordingly, denies the allegations.

352.    Paragraph 352 of the Second Amended Complaint describes documents that provide the best evidence of their contents and Northrop Grumman denies any averments that are inconsistent with the contents of the documents.

353.    Northrop Grumman denies the allegations in Paragraph 353 of the Second Amended Complaint.

354.    Northrop Grumman denies the allegations in Paragraph 354 of the Second Amended Complaint.

355.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 355 of the Second Amended Complaint and, accordingly, denies the allegations.

356.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 356 of the Second Amended Complaint and, accordingly, denies the allegations.

357.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 357 of the Second Amended Complaint and, accordingly, denies the allegations.

358.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 358 of the Second Amended Complaint and, accordingly, denies the allegations.

359.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 359 of the Second Amended Complaint and, accordingly, denies the allegations.

360.     Northrop Grumman denies the allegations in the first and second sentences of Paragraph 360 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third sentence of Paragraph 360 of the Second Amended Complaint and, accordingly, denies the allegations.

361.     Northrop Grumman denies the allegations in the first sentence of Paragraph 361 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in the second sentence of Paragraph 361 of the Second Amended Complaint and, accordingly, denies the allegations.

362.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 362 of the Second Amended Complaint and, accordingly, denies the allegations.

363.     Northrop Grumman admits its subsidiary received a copy of a property book from DynCorp prior to or on July 7, 2013, and provided it to the United States Government on July 7, 2013. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the first sentence of Paragraph 363 of the Second Amended Complaint and, accordingly, denies the allegations. The second sentence of Paragraph 363 of the Second Amended Complaint describes a document that is the best evidence of its contents and Northrop

Grumman denies any allegations that are inconsistent with the contents of the document. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the third sentence of Paragraph 363 of the Second Amended Complaint and, accordingly, denies the allegations.

364.    Northrop Grumman denies the allegations in Paragraph 364 of the Second Amended Complaint.

365.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 365 of the Second Amended Complaint and, accordingly, denies the allegations.[6]

366.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 366 of the Second Amended Complaint and, accordingly, denies the allegations.

367.    Northrop Grumman denies the allegations in Paragraph 367 of the Second Amended Complaint.

368.    Northrop Grumman denies the allegations in Paragraph 368 of the Second Amended Complaint.

369.    Northrop Grumman denies the allegations in Paragraph 369 of the Second Amended Complaint.

370.    Northrop Grumman denies the allegations in Paragraph 370 of the Second Amended Complaint.

371.    Northrop Grumman denies the allegations in Paragraph 371 of the Second Amended Complaint.

---

[6]    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in footnote 6 to Paragraph 365 of the Second Amended Complaint and, accordingly, denies the allegations.

372.    Northrop Grumman denies the allegations in Paragraph 372 of the Second Amended Complaint.

373.    Northrop Grumman denies the allegations in Paragraph 373 of the Second Amended Complaint.

374.    Paragraph 374 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 374 of the Second Amended Complaint contains averments, they are denied.

375.    Paragraph 375 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 375 of the Second Amended Complaint contains averments, they are denied.

376.    Northrop Grumman denies the allegations in Paragraph 376 of the Second Amended Complaint.

377.    Paragraph 377 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 377 of the Second Amended Complaint contains averments, they are denied.

378.    Northrop Grumman denies the allegations in Paragraph 378 of the Second Amended Complaint.

379.    Northrop Grumman denies the allegations in Paragraph 379 of the Second Amended Complaint.

380.    Northrop Grumman denies the allegations in Paragraph 380 of the Second Amended Complaint.

381.    Northrop Grumman denies the allegations in Paragraph 381 of the Second Amended Complaint.

382.     Northrop Grumman denies the allegations in Paragraph 382 of the Second Amended Complaint.

383.     Northrop Grumman denies the allegations in Paragraph 383 of the Second Amended Complaint.

384.     Northrop Grumman denies the allegations in Paragraph 384 of the Second Amended Complaint.

385.     Northrop Grumman denies the allegations in Paragraph 385 of the Second Amended Complaint.

386.     Northrop Grumman denies the allegations in Paragraph 386 of the Second Amended Complaint.

387.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 387 of the Second Amended Complaint and, accordingly, denies the allegations.

388.     Northrop Grumman admits the existence of a document titled "Memorandum of Record," dated March 23, 2013, but denies the remaining allegations in Paragraph 388 of the Second Amended Complaint.

389.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 389 of the Second Amended Complaint and, accordingly, denies the allegations.

390.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first, second, and third sentences of Paragraph 390 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the

allegations in the fourth and fifth sentences of Paragraph 390 of the Second Amended Complaint.

391.    Northrop Grumman denies the allegations in the first sentence of Paragraph 391 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, fourth, and fifth sentences of Paragraph 391 of the Second Amended Complaint and, accordingly, denies the allegations.

392.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 392 of the Second Amended Complaint and, accordingly, denies the allegations.

393.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 393 of the Second Amended Complaint and, accordingly, denies the allegations.

394.    Paragraph 394 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 394 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 394 of the Second Amended Complaint and, accordingly, denies the allegations.

395.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 395 of the Second Amended Complaint and, accordingly, denies the allegations.

396.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 396 of the Second Amended Complaint and, accordingly, denies the allegations.

397.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 397 of the Second Amended Complaint and, accordingly, denies the allegations.

398.     Paragraph 398 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 398 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 398 of the Second Amended Complaint and, accordingly, denies the allegations.

399.     Northrop Grumman denies the allegations in Paragraph 399 of the Second Amended Complaint.

400.     Northrop Grumman denies the allegations in Paragraph 400 of the Second Amended Complaint.

401.     Northrop Grumman denies the allegations in Paragraph 401 of the Second Amended Complaint.

402.     Northrop Grumman denies the allegations in Paragraph 402 of the Second Amended Complaint.

403.     Northrop Grumman denies the allegations in the first sentence of Paragraph 403 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, fourth, and fifth sentences of Paragraph 403 of the Second Amended Complaint and, accordingly, denies the allegations.

404.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 404 of the Second Amended Complaint and, accordingly, denies the allegations.

405.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 405 of the Second Amended Complaint and, accordingly, denies the allegations.

406.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 406 of the Second Amended Complaint and, accordingly, denies the allegations.

407.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 407 of the Second Amended Complaint and, accordingly, denies the allegations.

408.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 408 of the Second Amended Complaint and, accordingly, denies the allegations.

409.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 409 of the Second Amended Complaint and, accordingly, denies the allegations.

410.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 410 of the Second Amended Complaint and, accordingly, denies the allegations.

411.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 411 of the Second Amended Complaint and, accordingly, denies the allegations.

412.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 412 of the Second Amended Complaint and, accordingly, denies the allegations.

413.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 413 of the Second Amended Complaint and, accordingly, denies the allegations.

414.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 414 of the Second Amended Complaint and, accordingly, denies the allegations.

415.     Northrop Grumman admits one of its subsidiaries subcontracted with Honeywell to perform services on certain task orders issued under the CNTPO Contract, including some property management. Northrop Grumman denies the remaining allegations in the second, fourth, fifth, sixth, and seventh sentences of Paragraph 415 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first and third sentences of Paragraph 415 of the Second Amended Complaint and, accordingly, denies the allegations.

416.     Northrop Grumman admits that the Defense Contract Management Agency ("DCMA") notified it that it intended to conduct an audit that included property. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining vague and ambiguous allegations in Paragraph 416 of the Second Amended Complaint and, accordingly, denies the allegations.

417.     To the extent the allegations in Paragraph 417 of the Second Amended Complaint characterize the rights and obligations of the DCMA, or any regulatory requirements, the

allegations state legal conclusions to which no response is required. To the extent Paragraph 417 of the Second Amended Complaint contains averments, they are denied.

418.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 418 of the Second Amended Complaint and, accordingly, denies the allegations.

419.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 419 of the Second Amended Complaint and, accordingly, denies the allegations.

420.    To the extent the allegations in Paragraph 420 of the Second Amended Complaint contain averments regarding Northrop Grumman, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 420 of the Second Amended Complaint and, accordingly, denies the allegations.

421.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 421 of the Second Amended Complaint and, accordingly, denies the allegations.

422.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 422 of the Second Amended Complaint and, accordingly, denies the allegations.

423.    Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 423 of the Second Amended Complaint and, accordingly, denies the allegations.

424.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 424 of the Second Amended Complaint and, accordingly, denies the allegations.

425.     To the extent the allegations in Paragraph 425 of the Second Amended Complaint contain averments regarding Northrop Grumman, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 425 of the Second Amended Complaint and, accordingly, denies the allegations.

426.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 426 of the Second Amended Complaint and, accordingly, denies the allegations.

427.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 427 of the Second Amended Complaint and, accordingly, denies the allegations.

428.     To the extent the allegations in Paragraph 428 of the Second Amended Complaint contain averments regarding Northrop Grumman, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 428 of the Second Amended Complaint and, accordingly, denies the allegations.

429.     To the extent the allegations in Paragraph 429 of the Second Amended Complaint contain averments regarding Northrop Grumman, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 429 of the Second Amended Complaint and, accordingly, denies the allegations.

430.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the first sentence of Paragraph 430 of the Second Amended Complaint

and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the second, third, fourth, and fifth sentences of Paragraph 430 of the Second Amended Complaint.

431.     Northrop Grumman denies the allegations in the first, third, fourth, and fifth sentences of Paragraph 431 of the Second Amended Complaint. Northrop Grumman admits that one of its subsidiaries issued a contract to Honeywell to assume some responsibilities relating to property management but, to the extent the allegations in the second sentence of Paragraph 431 of the Second Amended Complaint contain additional averments regarding Northrop Grumman, they are denied. Northrop Grumman is without sufficient knowledge or information to admit or deny the remaining allegations in the second sentence of Paragraph 431 of the Second Amended Complaint and, accordingly, denies the allegations.

432.     Northrop Grumman denies the allegations in the first and third sentences of Paragraph 432 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second and fourth sentences of Paragraph 432 of the Second Amended Complaint and, accordingly, denies the allegations.

433.     Northrop Grumman denies the allegations in Paragraph 433 of the Second Amended Complaint.

434.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 434 of the Second Amended Complaint and, accordingly, denies the allegations.

435.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 435 of the Second Amended Complaint and, accordingly, denies the allegations.

436.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 436 of the Second Amended Complaint and, accordingly, denies the allegations.

437.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 437 of the Second Amended Complaint and, accordingly, denies the allegations.

438.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 438 of the Second Amended Complaint and, accordingly, denies the allegations.

439.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 439 of the Second Amended Complaint and, accordingly, denies the allegations.

440.     Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 440 of the Second Amended Complaint and, accordingly, denies the allegations.

441.     Northrop Grumman admits that Relator sent an email alleging retaliation to Scott Wagner and others, but denies the remaining allegations in the first sentence of Paragraph 441 of the Second Amended Complaint. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second, third, fourth, fifth, and sixth sentences of Paragraph 441 of the Second Amended Complaint and, accordingly, denies the allegations.

## COUNT I

442.     Northrop Grumman repeats and incorporates by reference its responses to the allegations contained in paragraphs 1 through 441 of the Second Amended Complaint as though fully set forth herein.

443.     Paragraph 443 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 443 of the Second Amended Complaint contains averments, they are denied.

444.     Northrop Grumman denies the allegations in Paragraph 444 of the Second Amended Complaint.

445.     Northrop Grumman denies the allegations in Paragraph 445 of the Second Amended Complaint.

446.     Northrop Grumman denies the allegations in Paragraph 446 of the Second Amended Complaint.

447.     Northrop Grumman denies the allegations in Paragraph 447 of the Second Amended Complaint.

448.     Northrop Grumman denies the allegations in Paragraph 448 of the Second Amended Complaint.

449.     Northrop Grumman denies the allegations in Paragraph 449 of the Second Amended Complaint.

450.     Northrop Grumman denies the allegations in Paragraph 450 of the Second Amended Complaint.

451.     Northrop Grumman denies the allegations in Paragraph 451 of the Second Amended Complaint.

452.     Northrop Grumman denies the allegations in Paragraph 452 of the Second Amended Complaint.

## **COUNT II**

453.     Northrop Grumman repeats and incorporates by reference its responses to the allegations contained in paragraphs 1 through 452 of the Second Amended Complaint as though fully set forth herein.

454.     Paragraph 454 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 454 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

455.     Paragraph 455 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 455 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

456.     Northrop Grumman denies the allegations in Paragraph 456 of the Second Amended Complaint.

457.     Northrop Grumman denies the allegations in Paragraph 457 of the Second Amended Complaint.

458.     Northrop Grumman denies the allegations in Paragraph 458 of the Second Amended Complaint.

459.     Northrop Grumman is without sufficient knowledge or information to admit or deny the vague and ambiguous allegations in Paragraph 459 of the Second Amended Complaint and, accordingly, denies the allegations.

460.     Paragraph 460 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 460 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

461.     Paragraph 461 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 461 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

462.     Paragraph 462 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 462 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

463.     Paragraph 463 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 463 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

## COUNT III

464.     Northrop Grumman repeats and incorporates by reference its responses to the allegations contained in paragraphs 1 through 463 of the Second Amended Complaint as though fully set forth herein.

465.     Paragraph 465 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 465 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

466.     Northrop Grumman admits the allegations in the first sentence of Paragraph 466 of the Second Amended Complaint that DynCorp was a subcontractor on certain task orders issued under the CNTPO Contract and denies the remaining allegations in the first sentence of Paragraph 466. Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in the second sentence of Paragraph 466 of the Second Amended Complaint and, accordingly, denies the allegations. Northrop Grumman denies the allegations in the third sentence of Paragraph 466 of the Second Amended Complaint.

467.    Northrop Grumman denies the allegations in Paragraph 467 of the Second Amended Complaint.

468.    Northrop Grumman denies the allegations in Paragraph 468 of the Second Amended Complaint.

469.    Northrop Grumman denies the allegations in Paragraph 469 of the Second Amended Complaint.

470.    Northrop Grumman denies the allegations in Paragraph 470 of the Second Amended Complaint.

471.    Northrop Grumman denies the allegations in Paragraph 471 of the Second Amended Complaint.

472.    Northrop Grumman denies the allegations in Paragraph 472 of the Second Amended Complaint.

473.    Northrop Grumman denies the allegations in Paragraph 473 of the Second Amended Complaint.

474.    Northrop Grumman denies the allegations in Paragraph 474 of the Second Amended Complaint.

## <u>COUNT IV</u>

475.    Northrop Grumman repeats and incorporates by reference its responses to the allegations contained in paragraphs 1 through 474 of the Second Amended Complaint as though fully set forth herein.

476.    Paragraph 476 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 476 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

477.     Paragraph 477 of the Second Amended Complaint states a legal conclusion to which no response is required. To the extent Paragraph 477 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

478.     Paragraph 478 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 478 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

479.     Paragraph 479 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 479 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

480.     Paragraph 480 of the Second Amended Complaint states legal conclusions to which no response is required. Northrop Grumman admits the allegations in the third sentence of Paragraph 480. To the extent the remaining sentences in Paragraph 480 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

481.     Paragraph 481 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 481 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

482.     Paragraph 482 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 482 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

483.     Paragraph 483 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 483 of the Second Amended Complaint contains averments regarding Northrop Grumman, they are denied.

## COUNT V

484.    Northrop Grumman repeats and incorporates by reference its responses to the allegations contained in paragraphs 1 through 483 of the Second Amended Complaint as though fully set forth herein.

485.    Paragraph 485 of the Second Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 485 of the Second Amended Complaint contains averments, Northrop Grumman is without sufficient knowledge or information to admit or deny the allegations in Paragraph 485 of the Second Amended Complaint and, accordingly, denies the allegations.

486.    Northrop Grumman denies the allegations in Paragraph 486 of the Second Amended Complaint.

487.    Northrop Grumman denies the allegations in Paragraph 487 of the Second Amended Complaint.

488.    Northrop Grumman denies the allegations in Paragraph 488 of the Second Amended Complaint.

489.    Northrop Grumman denies the allegations in Paragraph 489 of the Second Amended Complaint.

490.    Northrop Grumman denies the allegations in Paragraph 490 of the Second Amended Complaint.

## GENERAL DENIAL

Northrop Grumman denies each and every allegation in the Second Amended Complaint that has not been admitted or responded to specifically. To the extent any allegations of fact

remain unanswered, they are denied by Northrop Grumman. Northrop Grumman further denies that Relator is entitled to any of the relief sought in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

A.      The Second Amended Complaint fails to state a claim upon which relief can be granted.

B.      Relator's claims are barred in whole or in part by the doctrines of accord and satisfaction, estoppel, unclean hands, and/or waiver.

C.      Relator's claims are barred in whole or in part because they have been publicly disclosed.

D.      Relator's claims are barred, in whole or in part, because he is not an original source.

E.      Relator's claims are barred by his unclean hands.

F.      Relator's claims are barred, in whole or in part, by the Government's contributory negligence.

G.      Relator's claims are barred, in whole or in part, by the Relator's contributory negligence.

H.      Relator's claims are barred, in whole or in part, by the doctrine of laches because the Government did not timely assert its rights, to the prejudice of Northrop Grumman.

I.      Relator's claims for damages are barred by the fact that the United States has suffered no actual damages.

J.      Relator's claims are barred, in whole or in part, by the Government's failure to mitigate damages.

K.      Relator's claims are barred, in whole or in part, by their respective statute of limitations.

L.      Relator's claims are barred because Northrop Grumman complied with all applicable government regulations.

M.      Relator's claims are barred, in whole or in part, because Northrop Grumman's statements or actions were not the proximate cause or cause in fact of any alleged injury or loss.

N.      Relator's claims are barred because Northrop Grumman did not act with the requisite intent.

O.      Relator's claims are barred, in whole or in part, because the conduct of Northrop Grumman, as alleged in the Second Amended Complaint, was not material to any alleged payment of any alleged false or fraudulent claim.

P.      Relator's claims are barred, in whole or in part, because the United States did not rely on the conduct of Northrop Grumman as alleged in the Second Amended Complaint.

Q.      Relator's claims are barred because the Government was aware of all information material to its decision to pay any and all Northrop Grumman invoices, including invoices containing charges billed by DynCorp.

R.      Relator's claims are barred because the Government was aware of all information material to Northrop Grumman's performance of its contractual obligations.

S.      Relator's claims are barred, in whole or in part, because the terms and conditions of Northrop Grumman's CNTPO Contract, and all task orders issued thereunder, are vague and ambiguous.

T.      Relator's claims are barred, in whole or in part, because he included a party that is not a real party in interest.

U.      Relator's claims are barred, in whole or in part, because by using the collective terms "Northrop Grumman" and "Northrop," he has failed to identify the role played by each specific corporate entity in the alleged fraud.

V.      Northrop Grumman hereby reserves the right to assert any further defenses as may be available or which may become available during the course of this proceeding.

## PRAYER FOR RELIEF

WHEREFORE, Northrop Grumman respectfully requests that judgment be entered in its favor and against the Relator, and prays the Court to:

A.      Dismiss the Relator's Second Amended Complaint with prejudice;

B.      Award Northrop Grumman its reasonable costs and attorneys' fees incurred in defending this action; and

C.      Grant Northrop Grumman all such other relief as this Court deems just and proper.

Respectfully Submitted,

*/s/ Anne B. Perry*
Anne B. Perry (D.C. Bar No. 447930)
Jonathan S. Aronie (D.C. Bar No. 443151)
Ryan E. Roberts (D.C. Bar No. 1002825)
SHEPPARD MULLIN RICHTER & HAMPTON
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006-6081
Tel. (202) 747-1900
Fax (202) 747-1901
aperry@sheppardmullin.com
jaronie@sheppardmullin.com
reroberts@sheppardmullin.com

Jamie S. Gorelick (D.C. Bar No. 913384)

Madhu Chugh (D.C. Bar No. 992122)
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel. (202) 663-6000
Fax  (202) 663-6363
Jamie.Gorelick@wilmerhale.com

Dated: December 18, 2018          Madhu.Chugh@wilmerhale.com

*Attorneys for Northrop Grumman Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2018, Northrop Grumman's Answer to

Relator's Second Amended Complaint, which was filed through the ECF system, will be sent

electronically to the following participants:

**Avi Lev Kumin**
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009

**Charles Justin Cooper**
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

**Colette Gianna Matzzie**
PHILLIPS & COHEN, LLP
2000 Massachusetts Avenue, NW
1st Floor
Washington, DC 20036

**David Henry Thompson**
COOPER & KIRK, PLLC 1523 New
Hampshire Ave, NW
Washington, DC 20036

**Harold Smith Reeves**
COOPER & KIRK, PLLC
1523 New Hampshire Ave, NW
Washington, DC 20036

**Vincent John Colatriano**
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

/s/ *Anne B. Perry*
Anne B. Perry (D.C. Bar No. 447930)