UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES EX REL. FRED MAXEY CLONINGER<br><br>Plaintiff<br><br>v.<br><br>DYNCORP INTERNATIONAL INC., ET AL.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 14-0581 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Benton Peterson and remove the appearance of former Assistant United States Attorney Jennifer Short as counsel for the United States of America.

Dated: March 26, 2019
       Washington, DC

Respectfully submitted,

/s/
BENTON PETERSON
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2534

*Counsel for the United States of America*