UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED MAXEY CLONINGER, United States of America ex rel., <br><br> Plaintiffs, <br><br> v. <br><br> DYNCORP INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:14-cv-00581-RJL |

**NOTICE OF WITHDRAWAL OF ATTORNEY JAMIE S. GORELICK**

Jamie S. Gorelick respectfully withdraws her appearance for defendants Northrop Grumman Corporation, Northrop Grumman Technical Services, Inc. and Northrop Grumman Systems Corporation, in this matter. Defendants will continue to be represented by all other counsel who have entered appearances on their behalf.

Dated:  September 20, 2019                Respectfully submitted

                              /s/ Jamie S. Gorelick
                             Jamie S. Gorelick
                             WILMER CUTLER PICKERING HALE &
                             DORR LLP
                             1875 Pennsylvania Ave., NW
                             Washington, DC 20006
                             Tel: (202) 663-6500
                             Fax: (202) 663-6363
                             Email: jamie.gorelick@wilmerhale.com