IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRED MAXEY CLONINGER, <br><br> Plaintiff, <br><br> v. <br><br> DYNCORP INTERNATIONAL INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:14-cv-00581 (RJL) |

### JOINT STATUS REPORT

The parties hereby respectfully submit this Joint Status Report in order to apprise the Court of developments in this action since July 26, 2021, the date on which the Court granted the parties' Joint Motion to Modify Scheduling Order ("Joint Motion").

In the Joint Motion, the parties reported that "Relator and DynCorp have made progress in their effort to resolve this action without further litigation and have also had preliminary discussions with Northrop about those efforts. The parties believe the requested extension will facilitate those continued efforts to resolve this litigation." Doc. 99 at 2 (July 22, 2021). Since that time, the parties have continued to focus their efforts on resolving this matter and have made substantial progress on that front. The parties hope to continue this progress over the next several weeks and, to that end, the parties recommend that they report back to the Court, no later than November 5, 2021, on the status of their efforts to resolve this matter and, if necessary, a proposal for further proceedings. A proposed order calling for the submission of such a status report is attached.

1

<div style="display: flex;">
<div>

Respectfully submitted,

By: /s/ Charles Cooper

Charles J. Cooper (Bar No. 248070)
David H. Thompson (Bar No. 450503)
Vincent J. Colatriano (Bar. No. 429562)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601 (fax)
ccooper@cooperkirk.com
dthompson@cooperkirk.com
vcolatriano@cooperkirk.com
hreeves@cooperkirk.com

Avi Lev Kumin (Bar No. 475761)
Adam Herzog (Bar No. 1022990)
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Avenue, NW
Seventh Floor
Washington, DC 20009
Tel: (202) 299-1140
Fax: (202) 299-1148
kumin@kmblegal.com
herzog@kmblegal.com

Colette G. Matzzie (Bar No. 451230)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815
cmatzzie@phillipsandcohen.com

Larry P. Zoglin (Bar No. 298620)
PHILLIPS & COHEN LLP
100 The Embarcadero
Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000
Fax: (415) 836-9001
lzoglin@phillipsandcohen.com

*Attorneys for Plaintiff-Relator*

</div>
<div>

Dated: September 22, 2021

By: /s/ Anne Perry

Anne B. Perry (D.C. Bar No. 447930)
Jonathan S. Aronie (D.C. Bar No. 443151)
Ryan E. Roberts (D.C. Bar No. 1002825)
SHEPPARD MULLIN RICHTER & HAMPTON
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006-6081
aperry@sheppardmullin.com
jaronie@sheppardmullin.com
reroberts@sheppardmullin.com

*Attorneys for Northrop Grumman Corporation*

By: /s/ Alex Hassid

David M. Nadler (Bar No. 402705)
Steven J. Roman (Bar No. 392959)
Alex Hassid (Bar No. 979023)
Justin A. Chiarodo (Bar No. 493357)
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006-5403
DNadler@BlankRome.com
SRoman@blankrome.com
AHassid@blankrome.com
JChiarodo@blankrome.com

*Counsel for DynCorp International Inc.,
and DynCorp International LLC*

</div>
</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRED MAXEY CLONINGER,<br><br>                Plaintiff,<br><br>v.<br><br>DYNCORP INTERNATIONAL INC., *et al.*,<br><br>                Defendants. | **Civil Action No. 1:14-cv-00581 (RJL)** |

**[PROPOSED] ORDER**

Upon consideration of the parties' September 22, 2021 Joint Status Report, the Court **HEREBY ORDERS** that the Parties file a Status Report and, if necessary, a proposal for further proceedings, on or before November 5, 2021.

**SO ORDERED.**

Dated:_____

                                                              HON. RICHARD J. LEON
                                                              United States District Court